

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

May 6, 2015

Mr. David Alexander Bailey
TDCJ ID #1443734
2400 Wallace Pack Road
Navasota, TX 77868

RECEIVED

JUN 1 2 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE:    Court of Appeals Number:    03-15-00086-CV
         Trial Court Case Number:    19,340

Style:    D. A. B.
        v. The State of Texas

Dear Mr. Bailey:

After an initial review, it appears that this Court lacks jurisdiction over this matter. This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders. *See* Tex. Civ. Prac. & Rem. Code §§ 51.012, .014. No such judgment or order appears in the record before us.

The Court has directed me to request that you file a response explaining why this Court has jurisdiction in this appeal. Please file your response with the Clerk of this Court on or before May 18, 2015. Failure to do so may result in the dismissal of this appeal.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Courtland Crocker*

Courtland Crocker, Deputy Clerk

cc:    Mr. John K. Greenwood           The Honorable Terri Cox



# COURT OF APPEALS

THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

RETURN TO SENDER
AS ADDRESSED
NOT DELIVERABLE







OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

IN PRODUCTION

PRESORTED
FIRST CLASS

RT's
discharged

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.406
MAY 07 2015



MR. DAVID ALEXANDER BAILEY
TDCJ ID #1443734

RECEIVED
JUN 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE